

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00661-CV

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS**,
Appellant

v.

Andrew Wayne **BOCK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19802
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: March 25, 2020

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM